IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONY POINDEXTER                                                                         PLAINTIFF

v.                                    NO. 3:14-cv-00079 JTR

CAROLYN W. COLVIN, Acting Commissioner                                 DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered in favor of the Defendant, and this case is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 31st day of July, 2015.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE